UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.                              CASE NO. 8:16-CR-142-T-17AAS

NEJAH PRINCE.

_____/

ORDER

This cause is before the Court on:

Dkt. 64    Unopposed Motion to Extend BOP Reporting Date

Defendant Nejah Prince moves the Court to extend her BOP reporting date one week from August 28, 2018 until September 4, 2018. Defendant Prince seeks the extension to assist with getting Defendant's two children placed in a new home and new schools.

The Government does not object to Defendant Prince's Motion.

After consideration, the Court grants Defendant Prince's Motion to Extend BOP Reporting Date. Accordingly, it is

**ORDERED** that Defendant Nejah Prince's Motion to Extend BOP Reporting Date (Dkt. 64) is **granted.** The Court **extends the time** for Defendant Prince to report to FCI Coleman Medium SCP Satellite Camp from August 28, 2018 for **two weeks to Tuesday, September 11, 2018 at 12:00 noon.**

Case No. 8:16-CR-142-T-17AAS

**DONE and ORDERED** in Chambers in Tampa, Florida on this 23rd day of August, 2018.



Copies to:

All parties and counsel of record

U.S. Marshal